IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ALEX BAHAM, #65786                                                              PLAINTIFF

VERSUS                                            CIVIL ACTION NO.5:05cv138DCB-JCS

CORRECTIONS CORPORATION OF AMERICA, et al.                  DEFENDANTS

### FINAL JUDGMENT

This cause is before the Court, sua sponte, for consideration of dismissal. Pursuant to the memorandum opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 26th day of January, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE